IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 08-31728
                                                                       CHAPTER 7
   WYATT, ALBERT
   WYATT, NANCY

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 1P | IRS<br>400 West Bay Street, Suite 35045<br>Mail Code 5720-P&I<br>Jacksonville, Florida 32202 | $1,298.53 |

The check mailed at the above address on May 17, 2010 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 17th day of August, 2010.

                                              /s/ Sherry F. Chancellor
                                              Sherry F. Chancellor, Trustee
                                              619 West Chase Street
                                              Pensacola, Florida 32502
                                              (850) 436-8445
                                              Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon IRS 400 West Bay Street, Suite 35045, Jacksonville, Florida 32202 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 17th day of August, 2010.

                                                  /s/ Sherry F. Chancellor
                                                Sherry F. Chancellor, Trustee